■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER LOCKETT, Appellant. [604 NYS2d 822] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered July 29, 1992, convicting him of attempted criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MAGANA, Appellant. [603 NYS2d 772] —Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered May 31, 1991, convicting him of murder in the second degree and criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was not denied his right to a public trial *(see, People v Cosentino,* 198 AD2d 294 [decided herewith]).

We have considered the defendant's remaining contentions and find that they are unpreserved for appellate review *(see,* CPL 470.05 [2]) or do not warrant reversal. Balletta, J. P., Rosenblatt, Miller and Pizzuto, JJ., concur.